# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Myron Weintraub<br><br>v.<br><br>Pharmavite LLC<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | **CASE NUMBER**<br>CV 14-03218 BRO(FFMx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____8/25/14_____     _____George H. King_____
Date                                  United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____     _____
Date                         United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   CV 11-10430 GHK(AGRx)   and the present case:

- [✓] A.   Arise from the same or closely related transactions, happenings or events; or
- [✓] B.   Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Mumm_____ to Magistrate Judge _____Rosenberg_____.

On all documents subsequently filed in this case, please substitute the initials ___GHK(AGRx)___ after the case number in place of the initials of the prior judge, so that the case number will read CV14-03218GHK(AGRx). This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] *Previous Judge*     [ ] *Statistics Clerk*

CV-34 (06/14)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Cases)