E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3218-GHK (AGRx) | Date | August 27, 2014 |
|---|---|---|---|
| Title | *Myron Weintraub v. Pharmavite LLC* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** (In Chambers) Discharging Order to Show Cause

On May 27, 2014, Judge Beverly Reid O'Connell ordered Plaintiff Myron Weintraub ("Plaintiff") to show cause as to why the above-captioned action should not be remanded for lack of subject matter jurisdiction. On May 30, 2014, Plaintiff timely filed a Response to Judge O'Connell's OSC that relied on assertions regarding Defendant Pharmavite LLC's ("Defendant") United States market share and parent company vitamin sales to demonstrate the amount in controversy exceeds $5 million. On June 3, 2014, Judge O'Connell ordered Plaintiff to provide further, verifiable information to substantiate his amount in controversy claims. On June 16, 2014, Plaintiff filed a response that included Defendant's admission that its U.S. Nature Made vitamin E sales over the last four years exceeded $5 million. Accordingly, we appear to have jurisdiction over this matter under 28 U.S.C. § 1332(d). Judge O'Connell's May 27 and June 3 OSCs are **DISCHARGED** at this time.

**IT IS SO ORDERED.**

| | -- : -- |
|---|---|
| | Initials of Deputy Clerk    Bea |