E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-3218-GHK (AGRx) | Date | December 18, 2014 |
|---|---|---|---|
| Title | *Myron Weintraub, et al. v. Pharmavite LLC* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers) Order re**: Defendant's Motion to Strike [Dkt. 52]

     This matter is before us on Defendant Pharmavite LLC's ("Defendant") Motion to Strike ("Motion"). We have considered the papers filed in support of and in opposition to this Motion and deem this matter appropriate for resolution without oral argument. L. R. 7-15. Defendant's Motion is hereby **DENIED**. Defendant **SHALL** answer Plaintiffs' Consolidated Class Action Complaint **within 14 days hereof**.

     **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| | Initials of Deputy Clerk | | Bea |