| | |
|---|---|
| 1 | René P. Tatro (State Bar No. 78383) |
| | Juliet A. Markowitz (State Bar No. 164038) |
| 2 | TATRO TEKOSKY SADWICK LLP |
| | 333 S. Grand Avenue, Suite 4270 |
| 3 | Los Angeles, CA  90071 |
| | Telephone:   (213) 225-7171 |
| 4 | Facsimile:     (213) 225-7151 |
| | Email:  renetatro@ttsmlaw.com |
| 5 |          jmarkowitz@ttsmlaw.com |
| 6 | Joseph M. Price (*Admitted pro hac vice*) |
| | Bridget M. Ahmann (*Admitted pro hac vice*) |
| 7 | FAEGRE BAKER DANIELS LLP |
| | 2200 Wells Fargo Center |
| 8 | 90 South Seventh St. |
| | Minneapolis, MN 55402-3901 |
| 9 | Telephone:   (612) 766-7000 |
| | Facsimile:    (612) 766-1600 |
| 10 | Email: joseph.price@FaegreBD.com |
| | bridget.ahmann@FaegreBD.com |
| 11 | |
| 12 | Attorneys for Defendant Pharmavite LLC |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BRADACH and LAURA CORBETT, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMAVITE LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:14-cv-03218-GHK (AGRx)<br><br>**PHARMAVITE LLC'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:       December 7, 2015<br>Time:      9:30 a.m.<br>Place:      Courtroom 650<br><br>The Hon. George H. King |

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 7, 2015, at 9:30 a.m., or as soon thereafter as the matter may be heard before the Honorable George H. King in Courtroom 650 of the United States District Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, California 90012, defendant Pharmavite LLC ("Pharmavite") will and hereby does move the court for an order,

1  pursuant to Rule 12(c) of the Federal Rules of Civil Procedure dismissing without
2  leave to amend the Third Consolidated Amended Class Action Complaint of Noah
3  Bradach and Laura Corbett (collectively "Plaintiffs") on the ground that both claims
4  for relief therein, for alleged violation of the Unfair Competition Law, California
5  Business and Professions Code § 17200 *et seq.* ("UCL") and the Consumer Legal
6  Remedies Act, California Civil Code § 1750 *et seq.* ("CLRA"), are preempted by federal
7  law.  Any state law that imposes labeling requirements in addition to or different from
8  federal labeling requirements is expressly barred.  21 U.S.C. § 343-1(a)(5).  Because
9  Plaintiffs' state-law claims seek to impose different requirements than federal law by
10 interpreting what the Food and Drug Administration defines to be a
11 "structure/function" (or non-disease) claim on a supplement label ("helps maintain a
12 healthy heart") as an implied "disease" claim, Plaintiffs' UCL and CLRA claims are
13 preempted.  *See* 21 U.S.C. §§ 343(r)(1), 343(r)(6); 21 C.F.R. § 101.93(f); 21 C.F.R. §
14 101.93(g); 65 F.R. 1000 (January 6, 2000).

15       This motion is based upon this notice, the Memorandum of Points and
16 Authorities, Request for Judicial Notice and [Proposed] Order filed concurrently
17 herewith, the pleadings on file in this action, any other matter of which the Court may
18 take judicial notice, any documentary evidence or oral argument given at the hearing
19 on the motion, and such other and further matters as the Court may consider in
20 conformance with the Federal Rules of Civil Procedure and the Court's Local Rules.

21       This motion is made following the conference of counsel pursuant to C.D. Cal.
22 Civil Local Rule 7-3 which took place on October 22, 2015.

23 Dated:  November 9, 2015            TATRO TEKOSKY SADWICK LLP
24                                     By: */s/ René P. Tatro*
                                            René P. Tatro, Esq.
25                                          Attorneys for Def. Pharmavite LLC

26 Dated:  November 9, 2015            FAEGRE BAKER DANIELS LLP
27                                     By: */s/ Joseph M. Price*
                                            Joseph M. Price, Esq.
28                                          Attorneys for Def. Pharmavite LLC

CASE NO. 2:14-cv-03218-GHK (AGRx)
**PHARMAVITE LLC'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2015, I electronically filed

**PHARMAVITE LLC'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Elaine Ryan, Esq. (eryan@bffb.com)
Patricia N. Syverson, Esq. (psyverson@bffb.com)
Bonnett, Fairbourn, Friedman & Balint, P.C.
2325 E. Camelback Road, Ste 300
Phoenix, AZ  85016

Stewart M. Weltman, Esq. (sweltman@boodlaw.com)
Boodell & Domanskis, LLC
353 North Clark Street, Suite 1800
Chicago, IL 60654

Brian D. Penny (penny@gskplaw.com)
Douglas J. Bench, Jr. (bench@gskplaw.com)
Goldman Scarlato Karon & Penny P.C.
101 East Lancaster Ave., Suite 204
Wayne, Pennsylvania 19087

John Zaremba (jzaremba@zbblaw.com)
Robert Corbett (rcorbett@zbblaw.com)
Zaremba Brownell & Brown, PLLC
40 Wall Street, 27th Floor
New York, New York 10005

Howard J. Sedran (hsedran@lfsblaw.com)
Levin Fishbein Sedran & Berman
510 Walnut Street
Philadelphia, Pennsylvania 19106

Jordanna Thigpen (232642) (jthigpen@jjllplaw.com)
Johnson & Johnson LLP
439 N. Canon Drive, Ste 200
Beverly Hills, CA  90210

Jonathan D. Miller (jonathan@nps-law.com)
Alison M. Bernal (alison@nps.com)
Nye, Peabody, Stirling, Hale & Miller, LLP
33 West Mission Street, Suite 201
Santa Barbara, California 93101

Max A. Stein, Esq. (mstein@boodlaw.com)
Boodell & Domanskis, LLC
353 North Clark Street, Suite 1800
Chicago, IL 60654

                                            /s/ *Karen L. Roberts*
                                              Karen L. Roberts