1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



FILED
CLERK, U.S. DISTRICT COURT

OCT 1 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NOAH BRADACH and LAURA CORBETT, On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

PHARMAVITE, LLC, a California limited liability company,

Defendant.

Case No.:   2:14-cv-03218-GHK(AGRx)

CLASS ACTION

**[PROPOSED] FINAL JUDGMENT AND ORDER GRANTING PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS LAURA CORBETT'S CLAIMS WITH PREJUDICE AND FOR ENTRY OF FINAL JUDGMENT**

1

2    This cause has come before the Court upon Noah Bradach and Laura Corbett's

3    ("Plaintiffs") Motion to Voluntarily Dismiss Laura Corbett's Claims With Prejudice

4    and for Entry of Final Judgment.  The Court, having carefully considered the motion

5    and good cause appearing, hereby ORDERS, ADJUDGES and DECREES that:

        Plaintiff's Motion is **GRANTED.**

6        Laura Corbett's claims are dismissed with prejudice pursuant to Fed. R. Civ.

7    P. 41(a)(2) and the Court directs the Clerk to enter final judgment.

8    **IT IS SO ORDERED**

9

10   DATED:  10/14/16

11                                    HONORABLE GEORGE H. KING
                                      UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28