JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 1 4 2016
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Noah Bradach, et al.*, <br>         Plaintiffs, <br>     v. <br> *Pharmavite, LLC*, <br>         Defendant. | CASE NO. CV 14-3218-GHK (AGRx) <br><br> JUDGMENT |

    Pursuant to our August 25, 2016 Order, Plaintiff Noah Bradach was dismissed from this case. (Dkt. 210.) Pursuant to our October 14, 2016 Order, filed concurrently herewith, Plaintiff Laura Corbett was dismissed from this case. Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Complaint is **DISMISSED with prejudice**. Plaintiffs shall take nothing by the Complaint.

**IT IS SO ORDERED.**

DATED: October 14, 2016

                                      GEORGE H. KING
                                      United States District Judge