UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 07 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NOAH BRADACH, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff - Appellant, <br><br> and <br><br> LAURA CORBETT, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PHARMAVITE LLC, <br><br> Defendant - Appellee. | No. 16-56407 <br><br> D.C. No. 2:14-cv-03218-GHK-AGR <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

The motion filed by the appellant on February 3, 2017 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall constitute the mandate of this

court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Marc Eshoo
Deputy Clerk
Ninth Circuit Rule 27-7